UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY T. RINALDI, LLC d/b/a THE RINADLI GROUP LLC,

        Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY COMPANY, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2023_

23 Civ. 6966 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 9, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by October 10, 2023. ECF Nos. 6–7. Those submissions are now overdue.

    Accordingly, by **October 31, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge