```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/03/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY T. RINALDI, LLC d/b/a THE RINADLI GROUP LLC,

        Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY COMPANY, INC.,

        Defendant.

23 Civ. 6966 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 9, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by October 10, 2023. ECF Nos. 6–7. On October 13, 2023, having received no submissions, the Court extended the deadline to October 31, 2023. ECF No. 13. Those submissions are now overdue.

Accordingly, by **November 30, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating its intentions regarding the prosecution of this action.

SO ORDERED.

Dated: November 3, 2023
       New York, New York

                                        ANALISA TORRES
                              United States District Judge